1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
Attorneys for Respondents
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

| | |
|---|---|
| 12 DJASUR MAKHKAMOV AND<br>LAYLI FORMANOVA,<br>13                 Petitioners,<br>14<br>          v.<br>15<br>Department of Homeland Security, MICHAEL<br>16 CHERTOFF, Secretary; U.S. Attorney General,<br>ALBERTO R. GONZALES; United States<br>17 Citizenship and Immigration Services (USCIS),<br>ROBERT DIVINE, Acting Director; United<br>18 States Citizenship and Immigration Services,<br>JOE LANGLOIS, Chief, Asylum Division,<br>19 USCIS; EMILIA BARDINI, USCIS - San<br>Francisco Asylum Director,<br>20<br>                Respondents.<br>21 _____ | No. C 06-7870 SBA<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

22     Petitioners, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of

24 the case management conference in light of the reasonable likelihood that this case may be

25 administratively resolved and that the case may be moot within sixty days.

26     1. The petitioners filed a mandamus complaint on December 26, 2006, asking this Court to

27 direct the United States Citizenship and Immigration Services to adjudicate petitioners' political

28 asylum application.

Stipulation to Extend Date of CMC
C 06-7870 SBA

1  2. The respondents filed and served an answer to the complaint on February 20, 2007.

2  3. A case management conference is currently scheduled for April 5, 2007.

3  4. The parties agree that there is a reasonable likelihood that this case can be administratively
4  resolved in the next 60 days and that the case will be moot.

5  5. Accordingly, the parties respectfully ask this Court to extend the date of the Case
6  Management Conference by 60 days.

7  6. If the case becomes moot, the parties will file a stipulation to dismiss.  If the case if not
8  administratively resolved, the parties will file a joint case management conference statement 7 days
9  in advance of the re-scheduled Case Management Conference.

Date: March 20, 2007                             Respectfully submitted,

                                                 SCOTT N. SCHOOLS
                                                 United States Attorney


                                                        /s/
                                                 EDWARD A. OLSEN
                                                 Assistant United States Attorney
                                                 Attorneys for Respondents


                                                        /s/
Date: March 20, 2007                             MARINA SEREBRYANAYA
                                                 Attorney for Petitioners

**ORDER**

Stipulation to Extend Date of CMC
C 06-7870 SBA

1  Pursuant to stipulation, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for April 5, 2007 shall be CONTINUED to June 6, 2007, at 3:15 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

2

3

4

5

6  Date:   4/2/07                                                        _Saundra B Armstrong_
                                                                                    SAUNDRA B. ARMSTRONG
7                                                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Date of CMC
C 06-7870 SBA