SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DJASUR MAKHKAMOV AND LAYLI FORMANOVA,<br><br>    Petitioners,<br><br>    v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO R. GONZALES; United States Citizenship and Immigration Services (USCIS), ROBERT DIVINE, Acting Director; Unite States Citizenship and Immigration Services, JOE LANGLOIS, Chief, Asylum Division, USCIS; EMILIA BARDINI, USCIS - San Francisco Asylum Director,<br><br>    Respondents | Case No. 06-7870 SBA<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Petitioners, by and through their attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Petitioners' political asylum application.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 06-7870 SBA                        1

| | | |
|---|---|---|
| 1 | Date: April __, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondents |
| 9 | Date: April ____, 2007 | /s/ for signature<br>MARINA SEREBRYANAYA<br>Attorney for Petitioners |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/16/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

Stipulation to Dismiss
C 06-7870 SBA                                           2

1 | Date: April ___, 2007                         Respectfully submitted,
2 |                                               SCOTT N. SCHOOLS
  |                                               United States Attorney
3 |
4 |
5 |                                               _____
  |                                               EDWARD A. OLSEN
6 |                                               Assistant United States Attorney
  |                                               Attorneys for Respondents
7 |
8 |
9 | Date: April 23, 2007                          _____
  |                                               MARINA SEREBRYANAYA
10|                                               Attorney for Petitioners
11|
                                    **ORDER**
12|
          Pursuant to stipulation, IT IS SO ORDERED.
13|
14|
15| Date:
                                                  _____
16|                                               SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge
17|
18|
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|

Stipulation to Dismiss
C 06-7870 SBA                           2